# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00138-CV

### Carl Dixon d/b/a Dixon Contracting, Appellant

### v.

### Doug Groves and Patty Groves, Appellees

### FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 06-0046-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to vacate the trial court's judgment and dismiss the case with prejudice to refiling, as agreed to in their Rule 11 settlement agreement. This court has the authority to render judgment effectuating the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). Accordingly, we vacate the trial court's judgment and dismiss the case with prejudice to refile. *See* Tex. R. App. P. 43.2(e) (may vacate and dismiss case).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Vacated and Cause Dismissed on Joint Motion

Filed: April 18, 2007